```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WALLACE J. LEE
    Special Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )  CASE NO. 1:11-MJ-00076 SKO
                                )
11            Plaintiff,        )
                                )
12  v.                          )  MOTION AND ORDER FOR DISMISSAL
                                )
13  TODD M. SANDELL,            )
                                )
14            Defendant.        )
                                )
15  _____)
16
17      The United States of America, by and through Benjamin B. Wagner,
18  United States Attorney, and Wallace J. Lee, Special Assistant United
19  States Attorney, hereby moves to dismiss the Information filed on
20  April 20, 2011, against Todd M. Sandell, in the interest of justice,
21  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.
22
23  Dated: April 12, 2012            BENJAMIN B. WAGNER
                                     United States Attorney
24
25
                                By : /s/ Wallace J. Lee
26                                   WALLACE J. LEE
                                     Special Assistant U.S. Attorney
27
28

                              1      MOTION AND ORDER FOR DISMISSAL
                                                    U.S. v. SANDELL
                                             Case #1:11-MJ-00076 SKO
```

O R D E R

IT IS HEREBY ORDERED that the Information filed on April 20, 2011, against Todd M. Sandell, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: **April 13, 2012**     /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE